**Robert W. SMITH, Plaintiff–Appellant,**

v.

**MIDLAND BRAKE, INC., a division of Echlin, Inc., Defendant–Appellee.**

**Equal Employment Advisory Council; Equal Employment Opportunity Commission; City and County of Denver, Amici Curiae.**

No. 96–3018.

United States Court of Appeals, Tenth Circuit.

May 5, 1998.

Before SEYMOUR, Chief Judge, PORFILIO, ANDERSON, TACHA, BALDOCK, BRORBY, EBEL, KELLY, HENRY, BRISCOE, LUCERO, and MURPHY, Circuit Judges.

## ORDER

The court grants rehearing en banc in this case on the issue of interpretation of the requirements of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, specifically 42 U.S .C. § 12111(9)(B).

Appellant shall file a supplemental brief on or before June 4, 1998. Appellee shall file a response brief within 25 days of service of appellant's brief.